IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LORENZO EADY, JR., <br><br> Plaintiff, <br><br> v. <br><br> Department of Corrections, *et al.*, <br><br> Defendants. | CIVIL ACTION NO.: 419-cv-249 |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's October 30, 2019, Report and Recommendation, (doc. 3), to which Plaintiff has not filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc.3), as the opinion of the Court and **DISMISSES** Plaintiff's Complaint **WITHOUT PREJUDICE**. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 27th day of August, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA